IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID A. LOGAN, )
         Plaintiff, )
)
v. ) Case No. 08-2364-KHV
)
COX COMMUNICATIONS, INC., )
         Defendant. )

## **ORDER**

On September 5, 2008, the court granted the parties' joint motion for an *in camera* inspection of the Kansas Human Rights Commission records pertaining to the charge filed by plaintiff, David A. Logan, including, but not limited to, correspondence, notes, tape recordings, reports, investigative materials, and any and all other documents relating to KHRC Charge No. 28143-04W.

The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

Copies of this order shall be served on all counsel of record and the KHRC.

IT IS SO ORDERED.

Dated this 18th day of September, 2008, at Kansas City, Kansas.

                                        s/ James P. O'Hara
                                        James P. O'Hara
                                        U.S. Magistrate Judge